JAMES THOMAS PORTER *v.* STATE OF MARYLAND

[No. 160, September Term, 1981.]

*Order filed April 20, 1982.*

Submitted to MURPHY, C. J., and SMITH, ELDRIDGE, COLE, DAVIDSON and RODOWSKY, JJ.

Order of Court, in accordance with the State's motion and consent thereto, remanding case to the Circuit Court for Anne Arundel County with directions to that Court to vacate the appellant's convictions and sentence and dismiss the information.